Harold H. **WINSTEN** et al.

v.

Mae **LERCHE** et al.

No. 83–65–A.

Supreme Court of Rhode Island.

March 24, 1983.

Feiner & Winsten, Richard D. Boriskin, Providence, for plaintiff.

Kirshenbaum & Kirshenbaum, Ronald J. Fishbein, Providence, for defendant.

## ORDER

The plaintiff's motion to dismiss the defendants' appeal as interlocutory is hereby granted.

Murray, J., did not participate.

David **GOMES**

v.

**SUPERIOR COURT.**

No. 83–147–M.P.

Supreme Court of Rhode Island.

March 31, 1983.

Walter R. Stone, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Henry Gemma, Jr., Maureen E. Goldberg, Sp. Asst. Attys. Gen., for respondent.

## ORDER

Since the charges against petitioner Gomes have been dismissed and petitioner has now been released from incarceration, the petition for writ of habeas corpus is denied as moot.

Wendy **LaBOUNTY** et al.

v.

Donald **LEFFORT** et al.

No. 82–484–M.P.

Supreme Court of Rhode Island.

March 31, 1983.

John F. McBurney, Pawtucket, James A. Currier, Quentin J. Geary, Robert A. Goldberg, Providence, for petitioner.

Paul A. Anderson, Providence, for respondent.

## ORDER

The petition for writ of certiorari is granted, without prejudice, however, to respondents' raising in their briefs and oral argument the question of the improvidence of our grant.